590

OCTOBER TERM, 1918.

Cases Disposed of Without Consideration by the Court.   248 U. S.

District of New York.   October 28, 1918.   Judgment reversed upon confession of error; and cause remanded for further proceedings, on motion of *Mr. Assistant to the Attorney General Todd* for the United States. *Mr. Harry Weinberger* for plaintiff in error.

---

No. 421.  CAMP BIRD, LIMITED, *v.* FRANK W. HOWBERT, AS COLLECTOR, ETC.   Certiorari to the Circuit Court of Appeals for the Eighth Circuit.   October 28, 1918.   Judgment reversed with costs upon confession of error; and cause remanded for further proceedings, on motion of *Mr. Assistant to the Attorney General Todd* for respondent. *Mr. William V. Hodges* and *Mr. George L. Nye* for petitioner.

---

No. 719.  CLARENCE W. TURNER ET AL. *v.* OLD HOMESTEAD COMPANY ET AL.   Error to the Supreme Court of the State of Oklahoma.   October 28, 1918.   Docketed and dismissed with costs, on motion of *Mr. John J. Shea* for defendants in error.  *Mr. Richard W. Stoutz* and *Mr. John J. Shea* for defendants in error.   No one opposing.

---

No. 34.  SOUTHWESTERN TELEGRAPH & TELEPHONE COMPANY *v.* CITY OF DALLAS, TEXAS.   Error to the Court of Civil Appeals of the Fifth Supreme Judicial District of the State of Texas.   October 28, 1918.   Dismissed per stipulation. *Mr. A. P. Wozencraft* and *Mr. S. P. English* for plaintiff in error.  *Mr. Horace Chilton* and *Mr. Royall R. Watkins* for defendant in error.

---

No. 12.  STEPHEN W. ALLEN ET AL. *v.* J. F. TRIMMER, AS TREASURER, ETC.   Error to the Supreme Court of the